110 Prospect Park West
Brooklyn, NY 11215
September 19, 2010

**(Via First Class Mail)**
Sheryl L. Loesch
Clerk of Court
United States District Court
Middle District of Florida, Orlando Division
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801-0120

Re: 6:10-cv-0993-GKS-DAB

Dear Ms. Loesch:

    I am in receipt of a Notice of Electronic Filing from Judge Sharp (Document 117). Notwithstanding the inapplicable citation to local rules and apparent confusion of the Court, my Motion clearly states "In either event, there is no mention in the Opinion, and I know of no case law or statute, that gives Defendants the right to file a redundant dispositive motion based on a transfer of venue, when such motion has already been denied (or at best transferred). Accordingly, no Memorandum of Law is included and I respectfully request the Court disregard these duplicative motions as previously decided and/or duplicative and frivolous." My Motion was filed on the Court and Defendants simultaneously and is quite clear and concise. The suggestion that somehow the Federal Rules of Civil Procedure were not met is puzzling at best. I also note that I did not file a motion in opposition. I filed a motion to strike several motions as invalid on their face so the reference to 3.01(b) is simply incorrect. Further, the Court's response does not address the issue of telephonic conferences – I assume a Memorandum of Law is not required for this simple procedural request. After a more careful reading, please restore my properly filed and served Motion (documents 113 and 114) to the record and the Docket.

Respectfully Submitted,

Christopher Basile
Plaintiff, *pro se*
347-581-9014